IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**v.**                    **CASE NO. 4:17-CR-00313-BSM-03**

**ALAN JIMENEZ-TORRES**                                                    **DEFENDANT**

## ORDER

Alan Jimenez-Torres's motion to reduce his sentence and appoint counsel [Doc. No. 1116] is denied because Amendment 821 to the Federal Sentencing Guidelines does not apply to his case. Jimenez-Torres did not receive "status points." Also, the "zero points" reduction does not apply, since he has three criminal history points, not zero. Finally, Jimenez-Torres's plea agreement "waive[d] the right to have these sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." Doc. No. 956 at 3. Because Jimenez-Torres knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582(c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 29th day of March, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE